UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON VOGEL,

Plaintiff,

v.

EL DORADO COUNTY SHERIFF'S, et al.,

Defendants.

No. 2:25-cv-00277-DAD-EFB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 7)

Plaintiff, a county jail inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on January 23, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 21, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without leave to amend due to plaintiff's failure to state a cognizable claim. (Doc. No. 7.) Specifically, the magistrate judge concluded that plaintiff's failed to state a cognizable claim in challenging the jail's grievance policies because there is no constitutional right to a particular institutional grievance policy or procedure, that plaintiff lacked standing to challenge alleged retaliation against other jail inmates,

/////

and that because his claims failed as a matter of law the granting of leave to amend would be futile. (*Id.* at 2–3.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) No objections to the findings and recommendations have been filed by plaintiff, nor has plaintiff otherwise communicated with the court, and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued September 21, 2026 (Doc. No. 7), are adopted in full;
2. Plaintiff's complaint is dismissed without prejudice and without leave to amend for failure to state a claim; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE